# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PUJOL IRWIN, LLC

VERSUS

WALTER MODICA, JULIE MODICA,
INDIVIDUALLY AND AS
TEMPORARY LIQUIDATORS OF
TIMBER, LLC, TIMBER, LLC AND
WJM TRUCKING, LLC

NO.  2025 CW 1337

APRIL 8, 2026

---

In Re:    Walter Modica, Julie Modica, individually and as
          temporary Liquidators of Timber, LLC, and WJM Trucking,
          LLC, applying for supervisory writs, 21st Judicial
          District Court, Parish of Livingston, No. 185709.

---

BEFORE:   THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.

WRIT GRANTED WITH ORDER. The district court's October 8, 2025 judgment granting the motion for summary judgment filed by Pujol Irwin, LLC, and entering a money judgment against defendants Walter Modica and Julie Modica, individually and as temporary liquidators of Timber, LLC and WJM Trucking, LLC, is an appealable judgment. Accordingly, the writ application is granted for the limited purpose of remanding this matter to the district court with instructions to grant an appeal to defendants pursuant to their notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (*per curiam*). Additionally, a copy of this court's order shall be included in the appellate record.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.